# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 22-mj-00202 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| **BEVERLY WILLIAMS,** | : | 18 U.S.C. § 371 |
| **ANDRE GREGORY, and** | : | (Conspiracy) |
| **KEYWAUNE McLEOD,** | : | |
| | : | 18 U.S.C. §§ 201(b)(1), (b)(2), 2 |
| | : | (Bribery and Aiding and Abetting) |
| **Defendants.** | : | |
| | : | 18 U.S.C. §§ 1791(a)(1), (a)(2), 2 |
| | : | (Providing or Possessing Contraband in |
| | : | Prison and Aiding and Abetting) |
| | : | |
| | : | |

## MOTION REQUESTING THE ISSUANCE OF ARREST WARRANT

Pursuant to Federal Rule of Criminal Procedure 9, the United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this request for the issuance of an arrest warrant for defendant Andre Gregory. Defendant Gregory is currently held without bond in D.C. Superior Court case number 2019-CF1-006432 and incarcerated in the Department of Corrections (DOC).

On September 22, 2022, the above captioned defendants were charged by criminal Complaint in 22-mj-00202 with violations of Conspiracy, in violation of 18 U.S.C. § 371; Bribery and Aiding and Abetting, in violation of 18 U.S.C. §§ 201, 2; and, Providing or Possessing Contraband in Prison and Aiding and Abetting, in violation of 18 U.S.C. §§ 1791, 2. In anticipation of returning the Complaint, the government prepared proposed arrest warrants for defendants Williams, McLeod, and Gregory. Upon being notified by the Court Clerk that an arrest warrant was not necessary for Defendant Gregory because he was already incarcerated in DC Jail, the government withdrew its arrest warrant application for Gregory.

Defendant McLeod was arrested on September 23, 2022, and Defendant Williams was arrested on September 26, 2022. Both defendants appeared for presentment before the Honorable Moxila A. Upadhyaya on September 26, 2022, and were released on their own personal recognizance with a preliminary hearing scheduled for October 11, 2022.

Upon speaking with the US Marshals Service (USMS), the government was informed that an arrest warrant was necessary for USMS to book and process Gregory. Pursuant to Federal Rule of Criminal Procedure 9, the government now respectfully requests that the Court issue the attached arrest warrant for Gregory who is charged in criminal Complaint 22-mj-00202.

> Respectfully submitted,
>
> MATTHEW M. GRAVES
> UNITED STATES ATTORNEY
> D.C. Bar Number 481052
>
> By: /s/ Ahmed Baset
> _____
> Ahmed M. Baset
> Assistant United States Attorney
> Illinois Bar Number 6304552
> United States Attorney's Office
> 601 D Street NW
> Washington, D.C., 20001
> 202-252-7097
> Email: ahmed.baset@usdoj.gov